UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON PIZZARO
*individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

SAZERAC COMPANY, INC.,

                Defendant.

No. 23-CV-2751 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      At the Conference held before the Court on September 18, 2023, the Court adopted the following briefing schedule:

      Defendant shall file their Motion To Dismiss by no later than October 4, 2023. Plaintiff shall file a response by no later than November 6, 2023. Defendant shall file a reply by no later than November 16, 2023.

SO ORDERED.

Dated:   September 19, 2023
          White Plains, New York

                                                    KENNETH M. KARAS
                                                    United States District Judge