UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHARON PIZZARO
*individually and on behalf of all others similarly situated*,

                Plaintiff,

   v.

SAZERAC COMPANY, INC.,

                Defendant.

---

No. 23-CV-2751 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

     As discussed during the Pre-Motion Conference held before the Court on September 18, 2023, Plaintiff is granted leave to file a Second Amended Complaint.

SO ORDERED.

Dated:   September 21, 2023
          White Plains, New York

                                                KENNETH M. KARAS
                                                United States District Judge