## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON PIZARRO and LARRY ZIELINSKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>- against -<br><br>SAZERAC COMPANY INC.,<br><br>      Defendant. | No. 7:23-cv-02751-KMK<br><br>**JOINT MOTION TO DROP PLAINTIFF LARRY ZIELINSKI AS A NAMED PLAINTIFF** |

  Pursuant to Federal Rule of Civil Procedure 21, and subject to the Court's approval, Plaintiff Sharon Pizarro ("Plaintiff") and Defendant Sazerac Company Inc. ("Defendant") (together, the "Parties") hereby jointly move the Court to drop Larry Zielinski as a named plaintiff and class representative in this matter and to remove his name from the case caption. In support of the motion, the Parties state as follows:

  1. Pursuant to Federal Rule of Civil Procedure 21, before trial, "the court may at any time, on just terms, add or drop a party."

  2. As the Parties explained in their May 7, 2025, joint status report to Magistrate Judge Krause (Dkt. 54), Plaintiff Larry Zielinski failed to appear for two depositions scheduled to accommodate his schedule, and disconnected from a third scheduled deposition after only 15 minutes.

  3. Despite Plaintiffs' counsel's best efforts, Plaintiffs' counsel has been unable to reach Plaintiff Larry Zielinski since he disconnected from the third scheduled deposition.

  4. In light of Plaintiff Larry Zielinski's apparent unwillingness to be deposed in this matter, the Parties stipulate and agree that he should be dropped as a named plaintiff and class representative in this matter.

Dated: May 21, 2025                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Neal J. Deckant*

Neal J. Deckant
Jenna L. Gavenman
1990 North California Blvd., 9th Floor
Walnut Creek, California 94596
Tel: (925) 300-4455
ndeckant@bursor.com
jgavenman@bursor.com

**REESE LLP**
Charles D. Moore
121 N. Washington Ave., 2nd Floor
Minneapolis, Minnesota 55401
Tel: (212) 643-0500
cmoore@reesellp.com

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
mreese@reesellp.com

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan
60 Cuttermill Rd., Suite 412
Great Neck, New York 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis
Daniel Tomascik (admitted *Pro Hac Vice*)
954 Avenida Ponce De Leon
Suite 205, #10158
San Juan, Puerto Rico 00907
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

*Counsel for Plaintiffs and the Proposed Class*

2

Dated:  May 21, 2025                    Respectfully submitted,

**DORSEY & WHITNEY LLP**


By:     */s/ Creighton R. Magid*

Creighton R. Magid (admitted *Pro Hac Vice*)
1401 New York Avenue NW, Suite 900
Washington, DC 20005
Tel: (202) 422-3555
magid.chip@dorsey.com

**DORSEY & WHITNEY LLP**
Elizabeth Rozon Baksh
51 West 52nd Street
New York, NY 10019
Tel: (212) 415-9200
baksh.elizabeth@dorsey.com

*Attorneys For Defendant Sazerac Company, Inc.*