

CREIGHTON R. MAGID
(202) 442-3555
FAX (202) 315-3852
magid.chip@dorsey.com

February 10, 2026

**BY ECF**

The Hon. Kenneth M. Karas
United States District Judge
United States District Court for the Southern
District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    ***Cindy Koonce v. Sazerac Company, Inc.*, Case No. 7:23-cv-04323-KMK**
              ***Sharon Pizarro v. Sazerac Company, Inc.*, Case No. 7:23-cv-02751-KMK**

Dear Judge Karas:

      I represent Defendant Sazerac Company, Inc. in the above-referenced matters and write in response to Plaintiffs' February 6, 2026, amended request for a pre-motion conference regarding a proposed motion to appoint a claims administrator and to approve a proposed class notice program.

      The reasons why class notice is premature, as well as an explanation for why the proposed form of class notice is improper are set forth in Sazerac's letter of February 3, 2026. The amended submission does not remedy any of those flaws.

      Plaintiffs have chosen to use their amended letter to besmirch Sazerac and its counsel by claiming that "versions of the proposed notice and press release, attached hereto, were sent to Defendant Sazerac Company, Inc. ('Defendant') for edits and comments on November 7, November 24, January 13, and on February 5" and that "Defendant never responded." This is not true. Plaintiffs sent some version of the proposed notice on November 7. Sazerac's counsel responded by inquiring of Plaintiffs' counsel why class notice would be appropriate at this juncture. Plaintiffs' counsel did not send any version of the proposed notice on November 24 or January 13. Plaintiffs' counsel sent a copy of the "amended" proposed notice on February 5, 2026 – two days after Sazerac's letter to the Court responding to Plaintiffs' pre-motion letter and one day before Plaintiffs' amended pre-motion letter. Plaintiffs' attempt to paint Sazerac as dilatory falls flat.

                                          Very truly yours,

                                          Creighton R. Magid

cc:     Counsel of Record (By ECF)

Dorsey & Whitney LLP | 1401 New York Avenue, N.W. | Suite 900 | Washington, DC | 20005-2102 | T 202.442.3000 | F 202.442.3199 | dorsey.com