Sheehan & Associates, P.C.    60 Cuttermill Rd Ste 412
Great Neck NY 11021

T (516) 268-7080
F (516) 234-7800

May 13, 2026

District Judge Kenneth M. Karas
United States District Court
Southern District of New York
330 Quarropas St
White Plains NY 10601

Re:    7:23-cv-02751-KMK
Pizarro v. Sazerac Company, Inc.

Dear District Judge Karas:

Pursuant to Your Honor's Individual Rules of Practice IX.A.ii, Plaintiff Pizarro ("Plaintiff") respectfully requests that certain portions of her Motion to Exclude Evidence be filed under seal.

On March 31, 2026, Defendant filed documents Dkts. 97-3, 97-4, 97-5, 99-3, 101, and 103 under seal, including the entirety of its Memorandum in Support of its Motion for Summary Judgment, Statement of Undisputed Facts, Memorandum in Support of its Motion to Exclude Testimony of William Ingersoll, and Memorandum in Support of its Motion to Exclude Testimony of Andrea Lynn Matthews. On April 1, 2026, the Court granted the seal. See Dkt. 104.

In light of these orders sealing these documents, Plaintiff respectfully requests that she be allowed to redact those portions of her brief which discuss and quote from these documents. For these reasons, Plaintiff respectfully requests that the Court permit her to file the above-referenced documents under seal.

Respectfully submitted,

/s/Spencer Sheehan

Granted.

So Ordered.

5/13/26

## Certificate of Service

I certify that on May 13, 2026, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

_____/s/ Spencer Sheehan_____